UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOLBIE DAVID MARTINEZ,

                Plaintiff,                        25-MC-00276 (JAV)

      -v-                                    <u>ORDER OF DISMISSAL</u>

UNITED STATES, et al.,

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff Dolbie David Martinez, proceeding *pro se*, nominally bring this "non-adversarial" action against the United States of America. ECF No. 2. Plaintiff has not filed a complaint, however, nor does he set forth any claims that would confer the required jurisdiction to grant relief. Instead, Plaintiff submitted an assortment of documents of the type associated with the sovereign citizen movement, which he states in his civil cover sheet is for the purpose of providing the United States government and the courts with notice. *Id.* The Court dismisses this action as frivolous, as well as for failure to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure.

      Plaintiff has filed on the docket a series of largely incoherent documents that appear to be an attempt to declare his individual sovereignty and repudiate the purported artificial construct of state and federal governments. For example, he has filed a "Hold Harmless and Indemnity Agreement" executed by himself as Creditor in his capacity as "Foreign Sovereign Individual, living, breathing soul" and himself as Debtor in his capacity as an "Unincorporated Association, Fictional Entity." ECF No. 1. He similarly submits a Power of Attorney that grants himself power to act "with full power, authority, dominion, and power" over the "artificial entity known

as DOLBIE DAVID MARTINZEZ©," ECF No. 1-1, as well as an Affidavit of Ownership of Strawman Trust that purports to "re-vest" control over the "legal entity DOLBIE DAVID MARTINEZ" in the natural man, ECF No. 1-8. He has filed a Declaration of Political Status, which states that he is a "Sovereign State National" who does not "consent to be governed by foreign national corporations masquerading as lawful governments." ECF No. 1-2. He requests recognition of his sovereign status and demands that all public officials cease further interaction with him. *Id.* He has also filed a Declaration of Revocation of Federal Identifiers and Withdrawal from all Government-Controlled Systems, through which he seeks to revoke any association with the Social Security Administration, the Internal Revenue Service, any federal benefit system, and any liabilities, penalties or obligations arising from federal statutes. ECF No. 1-3. His filings include an Affidavit of Sovereign Identity, that purports to declare his legal identity under the Uniform Commercial Code and admiralty law. ECF No. 1-10.

"The sovereign citizens are a loosely affiliated group who believe that the state and federal governments lack constitutional legitimacy and therefore have no authority to regulate their behavior. The FBI has labeled the sovereign citizens a domestic terrorist group." *Barton v. Clark*, No. 23 CIV. 5827 (LGS), 2023 WL 6929178, at *6 (S.D.N.Y. Oct. 19, 2023) (citation omitted). Sovereign citizens propound the notion that "a person has a split personality: a real person and a fictional person called the 'strawman.' Adherents claim that government has power only over the strawman and not over the live person, who remains free. Individuals can free themselves by filing UCC financing statements, thereby acquiring an interest in their strawman." *Thompson v. Donald J. Trump, Inc., USA*, No. 23-CV-2025 (LTS), 2023 WL 3948906, at *2 (S.D.N.Y. June 12, 2023) (cleaned up). The strawman is typically represented by the individual's name being spelt in capital letters. *McLaughlin v. CitiMortgage, Inc.*, 726 F. Supp.

2d 201, 210 (D. Conn. 2010).

This Court "has the inherent power to dismiss without leave to amend or replead where the substance of the claim pleaded is frivolous on its face, or where amendment would otherwise be futile." *Dieujuste v. Sin*, 731 F. Supp. 3d 440, 455 (E.D.N.Y.), *reconsideration denied*, 734 F. Supp. 3d 232 (E.D.N.Y. 2024), *aff'd*, 125 F.4th 397 (2d Cir. 2025). The Court also lacks federal question jurisdiction over a claim that is "wholly insubstantial and frivolous." *Shapiro v. McManus*, 577 U.S. 39, 45 (2015). "An action is 'frivolous' when either: (1) the factual contentions are clearly baseless . . .; or (2) the claim is based on an indisputably meritless legal theory." *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (quotation marks and citation omitted).

The filings in this case have all the hallmarks of the sovereign citizen movement. "These pseudo-legal theories have been consistently rejected by federal courts as frivolous." *Id.*; *see also Muhammad v. Smith*, No. 13-CV-760 MAD/DEP, 2014 WL 3670609, at *2 (N.D.N.Y. July 23, 2014) ("Theories presented by redemptionist and sovereign citizen adherents have not only been rejected by the courts, but also recognized as frivolous and a waste of court resources."); *McLaughlin*, 726 F. Supp. 2d at 214 ("these theories have been universally and emphatically rejected by numerous federal courts for at least the last 25 years" (citing cases)). Accordingly, this action must be dismissed even after being afforded the "special solitude" due to *pro se* pleadings. *Triestman v. Federal Bureau of Prisons,* 470 F.3d 471, 475 (2d Cir. 2006).

Plaintiff's filings are also subject to dismissal for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. Rule 8 requires that pleadings contain: "(1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought."

3

Plaintiff has not filed a pleading, let alone a short and plain statement of his claim or the grounds for jurisdiction. Instead, his filings purport to provide "notice" to the federal government and the courts of his position regarding their assertion of authority. ECF No. 2. The filings fail to set forth a plausible claim for relief, and therefore must be dismissed.

## CONCLUSION

Accordingly, the action is DISMISSED. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: August 20, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge